# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | PAMELA S. HOLLIS |
| HATHAWAY, JAMES EDWARD | § | Case No. 14-41308 |
| HATHAWAY, SHIRLEY SUE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/14/2014. The undersigned trustee was appointed on 11/14/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      25,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 14.18 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 24,985.82 |

   The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

                                Document      Page 2 of 10

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  07/15/2015  and the deadline for filing governmental claims was  07/15/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2017              By: /s/Robert B. Katz, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-41308 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | HATHAWAY, JAMES EDWARD | | | Date Filed (f) or Converted (c): | 11/14/14 (f) |
| | HATHAWAY, SHIRLEY SUE | | | 341(a) Meeting Date: | 01/08/15 |
| For Period Ending: | 08/24/17 | | | Claims Bar Date: | 07/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 112 Nanti St, Park Forest, IL 60466 | 38,000.00 | 9,700.00 | | 9,700.00 | FA |
| 2. 101 Bar Harbour Road 303 Schaumburg, IL 60193 (Deb | 100,000.00 | 10,300.00 | | 10,300.00 | FA |
| 3. CHECKING ACCOUNT | 74.00 | 0.00 | | 0.00 | FA |
| 4. US Bank Checking Account | 227.00 | 0.00 | | 0.00 | FA |
| 5. US Bank Savings Account | 300.00 | 0.00 | | 0.00 | FA |
| 6. Money Market Account with Ford Credit | 1,262.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank Checking Account | 87.00 | 0.00 | | 0.00 | FA |
| 8. Bank of America Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 9. Bank of America Checking Account | 601.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. BOOKS AND ART OBJECTS | 250.00 | 0.00 | | 0.00 | FA |
| 12. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 13. FURS & JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 14. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 15. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 16. Pension with Employer/Former Employer | 0.00 | 0.00 | | 0.00 | FA |
| 17. Contingent and Non-contingent interests | 0.00 | 0.00 | | 0.00 | FA |
| 18. 1998 Lincoln Mark | 1,328.00 | 0.00 | | 0.00 | FA |
| 19. 2000 Toyota Tundra | 1,741.00 | 0.00 | | 0.00 | FA |
| 20. RENTAL INCOME | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 21. RETIREMENT PLANS | 168.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $146,638.00 | $25,000.00 | | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-41308   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | HATHAWAY, JAMES EDWARD | Date Filed (f) or Converted (c): 11/14/14 (f) |
| | HATHAWAY, SHIRLEY SUE | 341(a) Meeting Date: 01/08/15 |
| | | Claims Bar Date: 07/15/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee attempted to sell debtors' non-residential real-estate without success. Counsel for Trustee pursued settlement

for trustee's claims against debtors' real estate. Debtor was ill causing delay in resolution of this matter.

Upon debtor's recent sale of his investment property,Trustee received the balance of his agreed settlement with the

debtor previously approved by the court on 7/18/16.

Trustee retained an accountant and filed the required federal and state income tax returns.

Initial Projected Date of Final Report (TFR): 06/30/17          Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-41308 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HATHAWAY, JAMES EDWARD | | Bank Name: | ASSOCIATED BANK |
| | HATHAWAY, SHIRLEY SUE | | Account Number / CD #: | *******7175 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3854 | | | |
| For Period Ending: | 08/24/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/16 | 1, 2 | James Hathaway<br>101 Bar Harbour Rd.<br>Unit 3C<br>Schaumburg, IL 60193-1925 | Equity/Rental Proceeds | 1110-000 | 10,000.00 | | 10,000.00 |
| 06/01/16 | 20 | James Hathaway<br>101 Bar Harbour Rd.<br>Unit 3C<br>Schaumburg, IL 60193-1925 | Equity/Rental Proceeds | 1110-000 | 5,000.00 | | 15,000.00 |
| 06/27/16 | 2 | James E Hathaway<br>101 Bar Harbour Rd Unit 3C<br>Schaumburg, IL 60193-1925 | Equity/Rental Proceeds | 1110-000 | 101.00 | | 15,101.00 |
| 10/05/16 | 2 | James E Hathaway<br>101 Bar Harbour Rd Unit 3C<br>Schaumburg, IL 60193 | Equity/Rental Proceeds | 1110-000 | 200.00 | | 15,301.00 |
| 10/31/16 | 2 | James E Hathaway<br>101 Bar Harbour Rd. Unit 3C<br>Schaumburg, IL 60193 | Equity/Rental Proceeds | 1110-000 | 200.00 | | 15,501.00 |
| 12/01/16 | 2 | Chicago Title and Trust Company<br>IL CT Metro US Bank Trust Acct-CMNL-0212<br>326 Alana Drive<br>New Lenox, IL 60451 | Equity/Rental Proceeds | 1110-000 | 9,499.00 | | 25,000.00 |
| 02/03/17 | 010001 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT<br>Bond #016073584 | 2300-000 | | 14.18 | 24,985.82 |

Page Subtotals      25,000.00      14.18

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-41308 -PSH | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | HATHAWAY, JAMES EDWARD | | Bank Name: | ASSOCIATED BANK |
| | HATHAWAY, SHIRLEY SUE | | Account Number / CD #: | *******7175  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3854 | | | |
| For Period Ending: | 08/24/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,000.00 | 14.18 | 24,985.82 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 14.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 25,000.00 | 14.18 | |

|  | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******7175 | | 25,000.00 | 14.18 | 24,985.82 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 25,000.00 | 14.18 | 24,985.82 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/  Robert B. Katz, Trustee    Date: 08/24/17
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)    Ver: 20.00d
LFORM24

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 24, 2017 |
|---|---|---|---|---|---|---|

Case Number:  14-41308  
Debtor Name:  HATHAWAY, JAMES EDWARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>001<br>3210-00 | Ira Goldberg<br>DiMonte & Lizak LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $11,275.40 | $0.00 | $11,275.40 |
| 000007<br>025<br>AF | Lois West<br>Kutchins, Robbins, & Diamond, LTD<br>35 E. Wacker Dr., Suite 1550<br>Chicago, IL 60601 | Administrative | | $1,173.00 | $0.00 | $1,173.00 |
| 000008<br>025<br>TF | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | Administrative | | $3,250.00 | $0.00 | $3,250.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,890.42 | $0.00 | $1,890.42 |
| 000002<br>070<br>7100-00 | Cavalry SPVI LLC assignee Capital One,<br>NA<br>Bass Associates PC<br>3936 E Fort Lowell Road Suite 200<br>Tucson, AZ 85712 | Unsecured | | $5,166.65 | $0.00 | $5,166.65 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $36,176.53 | $0.00 | $36,176.53 |
| 000004<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,338.85 | $0.00 | $2,338.85 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to U.S. Bank National<br>Association (US BANK)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $1,906.26 | $0.00 | $1,906.26 |
| | Case Totals: | | | $63,177.11 | $0.00 | $63,177.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-41308
Case Name: HATHAWAY, JAMES EDWARD
  HATHAWAY, SHIRLEY SUE
Trustee Name: Robert B. Katz, Trustee

Balance on hand $ 24,985.82

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Ira Goldberg | $ 11,250.00 | $ 0.00 | $ 11,250.00 |
| Attorney for Trustee Expenses: Ira Goldberg | $ 25.40 | $ 0.00 | $ 25.40 |
| Accountant for Trustee Expenses: Lois West | $ 1,173.00 | $ 0.00 | $ 1,173.00 |

Total to be paid for chapter 7 administrative expenses    $    15,698.40

Remaining Balance    $    9,287.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,478.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,890.42 | $ 0.00 | $ 369.79 |
| 000002 | Cavalry SPVI LLC assignee Capital One, | $ 5,166.65 | $ 0.00 | $ 1,010.66 |
| 000003 | American Express Centurion Bank | $ 36,176.53 | $ 0.00 | $ 7,076.57 |
| 000004 | American Express Bank, FSB | $ 2,338.85 | $ 0.00 | $ 457.51 |
| 000005 | Portfolio Recovery Associates, LLC | $ 1,906.26 | $ 0.00 | $ 372.89 |

Total to be paid to timely general unsecured creditors      $ 9,287.42

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE