UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
　　　　　　　　　　　　　　　　　　　§　　PAMELA S. HOLLIS
HATHAWAY, JAMES EDWARD §　　Case No. 14-41308 PSH
HATHAWAY, SHIRLEY SUE §
　　　　　　　　　　　　　　　　　　　§
　　　　　Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　U.S. Bankruptcy Court
　　　　　　Dirksen Federal Building
　　　　　　219 S. Dearborn St.
　　　　　　Room 713
　　　　　　Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/28/2017 in Courtroom 644,
　　　　　　United States Courthouse
　　　　　　219 S. Dearborn St.
　　　　　　Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/25/2017　　　　　　　　　By: ROBERT B. KATZ


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1334*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
　　§
HATHAWAY, JAMES EDWARD § Case No. 14-41308 PSH
HATHAWAY, SHIRLEY SUE §
　　§
　　Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 25,000.00 |
| and approved disbursements of | $ 14.18 |
| leaving a balance on hand of[1] | $ 24,985.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Ira Goldberg | $ 11,250.00 | $ 0.00 | $ 11,250.00 |
| Attorney for Trustee Expenses: Ira Goldberg | $ 25.40 | $ 0.00 | $ 25.40 |
| Accountant for Trustee Expenses: Lois West | $ 1,173.00 | $ 0.00 | $ 1,173.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 15,698.40 |
| Remaining Balance | $ 9,287.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,478.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,890.42 | $ 0.00 | $ 369.79 |
| 000002 | Cavalry SPVI LLC assignee Capital One, | $ 5,166.65 | $ 0.00 | $ 1,010.66 |
| 000003 | American Express Centurion Bank | $ 36,176.53 | $ 0.00 | $ 7,076.57 |
| 000004 | American Express Bank, FSB | $ 2,338.85 | $ 0.00 | $ 457.51 |
| 000005 | Portfolio Recovery Associates, LLC | $ 1,906.26 | $ 0.00 | $ 372.89 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,287.42 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1334*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HATHAWAY, JAMES EDWARD | ) | No. 14-41308 |
| HATHAWAY, SHIRLEY SUE | | |
| | ) | |
| Debtor | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |

**CERTIFICATE OF SERVICE**

Robert B. Katz, Trustee, states that he served a copy of the foregoing Notice by causing same to be deposited in the U.S. Mail, with proper postage prepaid, addressed to the parties as listed below on the 25th day of August, 2017.

SERVICE LIST

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Cavalry SPVI LLC assignee Capital One, NA
Bass Associates PC
3936 E Fort Lowell Road Suite 200
Tucson, AZ 85712

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates, LLC
successor to U.S. Bank National
Association (US BANK)
POB 41067
Norfolk VA 23541

James Edward Hathaway
101 Bar Harbour Road, #303
Schaumburg, IL 60193

Shirley Sue Hathaway
101 Bar Harbour Road, #303
Schaumburg, IL 60193


Ira Goldberg
DiMonte & Lizak LLC
216 West Higgins Road
Park Ridge, IL 60068

Lois West
Kutchins, Robbins, & Diamond, LTD
35 E. Wacker Dr., Suite 690
Chicago, IL 60601

MERID T MEKONNEN
GERACI LAW L.L.C.
55 E. MONROE ST. SUITE #3400
CHICAGO, IL 60603

Patrick S. Layng, Esq.
United States Trustee
Dirksen Federal Building
219 S. Dearborn St.
Suite 873
Chicago, IL 60604
ustpregion11.es.ecf@usdoj.gov

                                                _____/s/Robert B. Katz_____
                                                      Robert B. Katz