UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                      §
                                            §   PAMELA S. HOLLIS
HATHAWAY, JAMES EDWARD                       §     Case No. 14-41308
HATHAWAY, SHIRLEY SUE                        §
                                            §
            Debtors                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that
the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,638.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  9,287.42 | Claims Discharged Without Payment:  100,757.29 |
| Total Expenses of Administration:  15,712.58 | |

3) Total gross receipts of $ 25,000.00  (see **Exhibit 1**), minus funds paid to the debtor and
third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of
the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 238,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,712.58 | 15,712.58 | 15,712.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,566.00 | 47,478.71 | 47,478.71 | 9,287.42 |
| **TOTAL DISBURSEMENTS** | $ 300,566.00 | $ 63,191.29 | $ 63,191.29 | $ 25,000.00 |

4) This case was originally filed under chapter 7 on  11/14/2014 .  The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/02/2017                By:/s/Robert B. Katz, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 5,300.00 |
| 112 Nanti St, Park Forest, IL 60466 | 1110-000 | 10,000.00 |
| 101 Bar Harbour Road 303 Schaumburg, IL 60193 (Deb | 1110-000 | 4,700.00 |
| RENTAL INCOME | 1110-000 | 5,000.00 |
| TOTAL GROSS RECEIPTS | | $ 25,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 American Property Management of IL, Inc. 1251 N Plum Grove Road Schaumburg IL 60193 | | 100,000.00 | NA | NA | 0.00 |
| | 2 CHASE | | 0.00 | NA | NA | 0.00 |
| | 3 Cook County Treasurer's Office Bankruptcy Dept 118 N. Clark Rm 112 Chicago IL 60602 | | 38,000.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 24696 | | 100,000.00 | NA | NA | 0.00 |
| | Columbus OH 43224 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 238,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 14.18 | 14.18 | 14.18 |
| IRA GOLDBERG | 3210-000 | NA | 11,250.00 | 11,250.00 | 11,250.00 |
| IRA GOLDBERG | 3220-000 | NA | 25.40 | 25.40 | 25.40 |
| LOIS WEST | 3420-000 | NA | 1,173.00 | 1,173.00 | 1,173.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,712.58 | $ 15,712.58 | $ 15,712.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | 2,133.00 | NA | NA | 0.00 |
| | 10 Syncb/SAMS CLUB Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 112.00 | NA | NA | 0.00 |
| | 11 US BANK/NA ND Attn: Bankruptcy Dept. 4325 17Th Ave S Fargo ND 58125 | | 2,082.00 | NA | NA | 0.00 |
| | 2 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | 35,531.00 | NA | NA | 0.00 |
| | 3 CAP1/Carsn Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| | 4 Capital One Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 4,832.00 | NA | NA | 0.00 |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 11,284.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | 1,705.00 | NA | NA | 0.00 |
| | 7 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | 2,756.00 | NA | NA | 0.00 |
| | 8 Nordstrom FSB Attn: Bankruptcy Dept. Po Box 6555 Englewood CO 80155 | | 617.00 | NA | NA | 0.00 |
| | 9 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6283 Sioux Falls SD 57117 | | 1,514.00 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 2,338.85 | 2,338.85 | 457.51 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 36,176.53 | 36,176.53 | 7,076.57 |
| 000002 | CAVALRY SPVI LLC ASSIGNEE CAPITAL O | 7100-000 | NA | 5,166.65 | 5,166.65 | 1,010.66 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 1,890.42 | 1,890.42 | 369.79 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,906.26 | 1,906.26 | 372.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 62,566.00 | $ 47,478.71 | $ 47,478.71 | $ 9,287.42 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

| | | |
|---|---|---|
| Case No: | 14-41308   PSH   Judge: PAMELA S. HOLLIS | |
| Case Name: | HATHAWAY, JAMES EDWARD | |
| | HATHAWAY, SHIRLEY SUE | |
| For Period Ending: 11/02/17 | | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Date Filed (f) or Converted (c): | 11/14/14 (f) |
| 341(a) Meeting Date: | 01/08/15 |
| Claims Bar Date: | 07/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 112 Nanti St, Park Forest, IL 60466 | 38,000.00 | 9,700.00 | | 9,700.00 | FA |
| 2. 101 Bar Harbour Road 303 Schaumburg, IL 60193 (Deb | 100,000.00 | 10,300.00 | | 10,300.00 | FA |
| 3. CHECKING ACCOUNT | 74.00 | 0.00 | | 0.00 | FA |
| 4. US Bank Checking Account | 227.00 | 0.00 | | 0.00 | FA |
| 5. US Bank Savings Account | 300.00 | 0.00 | | 0.00 | FA |
| 6. Money Market Account with Ford Credit | 1,262.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank Checking Account | 87.00 | 0.00 | | 0.00 | FA |
| 8. Bank of America Checking Account | 300.00 | 0.00 | | 0.00 | FA |
| 9. Bank of America Checking Account | 601.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. BOOKS AND ART OBJECTS | 250.00 | 0.00 | | 0.00 | FA |
| 12. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 13. FURS & JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 14. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 15. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 16. Pension with Employer/Former Employer | Unknown | 0.00 | | 0.00 | FA |
| 17. Contingent and Non-contingent interests | 0.00 | 0.00 | | 0.00 | FA |
| 18. 1998 Lincoln Mark | 1,328.00 | 0.00 | | 0.00 | FA |
| 19. 2000 Toyota Tundra | 1,741.00 | 0.00 | | 0.00 | FA |
| 20. RENTAL INCOME | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 21. RETIREMENT PLANS | 168.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $146,638.00 | $25,000.00 | $25,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 14-41308   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HATHAWAY, JAMES EDWARD | Date Filed (f) or Converted (c): | 11/14/14 (f) |
| | HATHAWAY, SHIRLEY SUE | 341(a) Meeting Date: | 01/08/15 |
| | | Claims Bar Date: | 07/15/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Trustee attempted to sell debtors' non-residential real-estate without success. Counsel for Trustee pursued settlement

for trustee's claims against debtors' real estate. Debtor was ill causing delay in resolution of this matter.

Upon debtor's recent sale of his investment property,Trustee received the balance of his agreed settlement with the

debtor previously approved by the court on 7/18/16.


Trustee retained an accountant and filed the required federal and state income tax returns.


Initial Projected Date of Final Report (TFR): 06/30/17          Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-41308 -PSH | |
| Case Name: | HATHAWAY, JAMES EDWARD | |
| | HATHAWAY, SHIRLEY SUE | |
| Taxpayer ID No: | *******3854 | |
| For Period Ending: | 11/02/17 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7175  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/16 | 1, 2 | James Hathaway 101 Bar Harbour Rd. Unit 3C Schaumburg, IL 60193-1925 | Equity/Rental Proceeds | 1110-000 | 10,000.00 | | 10,000.00 |
| 06/01/16 | 20 | James Hathaway 101 Bar Harbour Rd. Unit 3C Schaumburg, IL 60193-1925 | Equity/Rental Proceeds | 1110-000 | 5,000.00 | | 15,000.00 |
| 06/27/16 | 2 | James E Hathaway 101 Bar Harbour Rd Unit 3C Schaumburg, IL 60193-1925 | Equity/Rental Proceeds | 1110-000 | 101.00 | | 15,101.00 |
| 10/05/16 | 2 | James E Hathaway 101 Bar Harbour Rd Unit 3C Schaumburg, IL 60193 | Equity/Rental Proceeds | 1110-000 | 200.00 | | 15,301.00 |
| 10/31/16 | 2 | James E Hathaway 101 Bar Harbour Rd. Unit 3C Schaumburg, IL 60193 | Equity/Rental Proceeds | 1110-000 | 200.00 | | 15,501.00 |
| 12/01/16 | 2 | Chicago Title and Trust Company IL CT Metro US Bank Trust Acct-CMNL-0212 326 Alana Drive New Lenox, IL 60451 | Equity/Rental Proceeds | 1110-000 | 9,499.00 | | 25,000.00 |
| 02/03/17 | 010001 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT Bond #016073584 | 2300-000 | | 14.18 | 24,985.82 |
| 10/03/17 | 010002 | Ira Goldberg DiMonte & Lizak LLC 216 West Higgins Road Park Ridge, IL 60068 | Claim 000006, Payment 100.00000% | | | 11,275.40 | 13,710.42 |

Page Subtotals     25,000.00     11,289.58

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR** (10/1/2010) *(Page: 10)*

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-41308  -PSH | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | HATHAWAY, JAMES EDWARD | Bank Name: | ASSOCIATED BANK |
| | HATHAWAY, SHIRLEY SUE | Account Number / CD #: | *******7175  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3854 | | |
| For Period Ending: | 11/02/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees | 11,250.00 | 3210-000 | | | |
| | | | Expenses | 25.40 | 3220-000 | | | |
| 10/03/17 | 010003 | Lois West | Claim 000007, Payment 100.00000% | | 3420-000 | | 1,173.00 | 12,537.42 |
| | | Kutchins, Robbins, & Diamond, LTD | | | | | | |
| | | 35 E. Wacker Dr., Suite 1550 | | | | | | |
| | | Chicago, IL 60601 | | | | | | |
| 10/03/17 | 010004 | ROBERT B. KATZ | Claim 000008, Payment 100.00000% | | 2100-000 | | 3,250.00 | 9,287.42 |
| | | LAW OFFICES OF ROBERT B. KATZ | | | | | | |
| | | 53 W. JACKSON BLVD. STE 1334 | | | | | | |
| | | CHICAGO, IL 60604 | | | | | | |
| 10/03/17 | 010005 | Discover Bank | Claim 000001, Payment 19.56126% | | 7100-000 | | 369.79 | 8,917.63 |
| | | Discover Products Inc | | | | | | |
| | | PO Box 3025 | | | | | | |
| | | New Albany, OH 43054-3025 | | | | | | |
| 10/03/17 | 010006 | Cavalry SPVI LLC assignee Capital One, NA | Claim 000002, Payment 19.56122% | | 7100-000 | | 1,010.66 | 7,906.97 |
| | | Bass Associates PC | | | | | | |
| | | 3936 E Fort Lowell Road Suite 200 | | | | | | |
| | | Tucson, AZ 85712 | | | | | | |
| 10/03/17 | 010007 | American Express Centurion Bank | Claim 000003, Payment 19.56122% | | 7100-000 | | 7,076.57 | 830.40 |
| | | c o Becket and Lee LLP | | | | | | |
| | | POB 3001 | | | | | | |
| | | Malvern, PA 19355-0701 | | | | | | |
| 10/03/17 | 010008 | American Express Bank, FSB | Claim 000004, Payment 19.56132% | | 7100-000 | | 457.51 | 372.89 |
| | | c o Becket and Lee LLP | | | | | | |
| | | POB 3001 | | | | | | |
| | | Malvern, PA 19355-0701 | | | | | | |
| 10/03/17 | 010009 | Portfolio Recovery Associates, LLC | Claim 000005, Payment 19.56134% | | 7100-000 | | 372.89 | 0.00 |
| | | successor to U.S. Bank National | | | | | | |
| | | Association (US BANK) | | | | | | |

Page Subtotals    0.00    13,710.42

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   3

Exhibit 9

| Case No: | 14-41308  -PSH | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HATHAWAY, JAMES EDWARD | Bank Name: | ASSOCIATED BANK |
| | HATHAWAY, SHIRLEY SUE | Account Number / CD #: | *******7175  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3854 | | |
| For Period Ending: | 11/02/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 41067 Norfolk VA 23541 | | | | | |

|  | COLUMN TOTALS | 25,000.00 | 25,000.00 | 0.00 |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 25,000.00 | 25,000.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 25,000.00 | 25,000.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******7175 | | 25,000.00 | 25,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 25,000.00 | 25,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/      Robert B. Katz, Trustee

Trustee's Signature: _____  Date: 11/02/17

ROBERT B. KATZ, TRUSTEE

| | Page Subtotals | 0.00 | 0.00 |

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*